

BEF: USAO 2010R00903

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. RWT 11 CR 0091 |
| | * |
| WILLIAM LAWRENCE CASSIDY, | *   (Interstate Stalking, 18 U.S.C. |
| | *   § 2261A(2)(A)) |
| Defendant | * |
| | * |

*******

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

Between in or about January 2009 and in or about December 2010, in the District of Maryland and elsewhere, the defendant,

**WILLIAM LAWRENCE CASSIDY,**

with the intent to harass and cause substantial emotional distress to a person in another state, used an interactive computer service and a facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to that person, to wit: the posting of messages on www.twitter.com and other Internet websites concerning a person whose initials are A. Z.

18 U.S.C. § 2261A(2)(A)

Rod J. Rosenstein /OSF
Rod J. Rosenstein
United States Attorney

SIGNATURE REDACTED

Foreperson                              Date: February 23, 2011