IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                                    Case No.   RWT 11-091

WILLIAM LAWRENCE CASSIDY

******

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _____ March 11, 2011 _____ (date) at _____ 3:00pm _____ before _____ Charles B. Day _____, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, Courtroom _____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

March 9, 2011
Date

CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 103