IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                    Case No.   RWT-11-091

WILLIAM LAWRENCE CASSIDY

\*\*\*\*\*\*

### ORDER FOR MEDICAL EVALUATION
### AND APPROPRIATE TREATMENT OF DETAINEE

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications:

*Conditions: Chronic Obstructive Pulmonary Disease (COPD), Coronary Artery Disease, Sclerosis, and Arthritis in the spine*

*Medications: Coreg, Plavix, Pravachol, Tylenol with Codeine, aspirin, an inhaler, and Ativan*

and the Court having the following additional concerns:

*Defendant advises he is experiencing bleeding and great discomfort from kidney and gallbladder stones.*

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider;

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4.   Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

_March 9, 2011_
Date

_Charles B. Day_
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE