**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No.: RWT 11cr0091 |
| | * | |
| **WILLIAM LAWRENCE CASSIDY,** | * | |
| **Defendant** | * | |
| | *** | |

# ORDER

The Court having conducted a telephone status conference on May 13, 2011, it is this 13th day of May, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that the trial previously scheduled to begin on May 17, 2011 is **CONTINUED**; and it is further

**ORDERED**, that the deadline for Defendant to file any additional pretrial motions is **EXTENDED** to **July 15, 2011**; and it is further

**ORDERED**, that the Government shall file any opposition to Defendant's pretrial motions on or before **August 12, 2011**; and it is further

**ORDERED**, that Defendant shall file any reply in support of his pretrial motions on or before **August 26, 2011**; and it is further

**ORDERED,** that the Court will hold a two (2) hour hearing on all pretrial motions on **September 19, 2011, starting at 9:00 a.m.**; and it is further

**ORDERED**, that the Court will hold a further telephone status conference on July 13, 2011 at **5:30 p.m.,** to be initiated by counsel for the Government.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE