IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. RWT-11-0091 |
| WILLIAM LAWRENCE CASSIDY | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING CONTINUANCE
### PURSUANT TO 18 U.S.C. §3161(h)(7)

Upon consideration of the Motion for Continuance pursuant to 18 U.S.C. §3161(h)(7), the Court makes the following findings:

1.   On or about February 23, 2011, the defendant, Mr. Cassidy was charged by Indictment with one count of Interstate Stalking in violation of 18 U.S.C. § 2261A(2)(A).  He was arrested at his place of residence in California on February 15, 2011, pursuant to a Complaint, and was transported to Maryland.

2.   On March 9, 2011, Mr. Cassidy had an Initial Appearance in the District of Maryland before Judge Day.  A detention hearing was set for March 11, 2011; however, on March 10, while he was in custody, Mr. Cassidy went to the hospital emergency complaining of pain in his abdomen and was admitted for treatment.  Mr. Cassidy underwent surgery to remove stones in kidneys and gall bladder.  In light of Mr. Cassidy's medical condition, the detention hearing scheduled on March 10, 2011 was cancelled.

3.   Mr. Cassidy's condition did not improve for some time and he did not appear in court again until April 13, 2011 for a detention hearing.  At this hearing, Judge Day ruled that

Mr. Cassidy could be released to a third party custodian or a half-way house. Office of Pretrial Services and undersigned counsel are still in the process of finding a suitable placement for Mr. Cassidy.

4. On May 9, 2011, Mr. Cassidy appeared for an Arraignment before Judge Schulze and entered a plea of not guilty to the sole count in the Indictment.

5. Pursuant to the Speedy Trial Act, in any case where a defendant has entered a plea of not guilty, a trial must commence within 70 days from the filing of the Indictment or the date the defendant appeared before a judicial officer of the court in which the case is pending, whichever is later.

6. The trial in this case is presently scheduled for May 17, 2011 and pretrial motions are due on May 12, 2011

7. A continuance is warranted because this case is complex and involves novel questions of law.

8. The defendant requires additional time to prepare for trial because this case has been hamstrung by delays due to Mr. Cassidy's medical condition which prevented him from appearing in court between March 10, 2011 and April 13, 2011.

9. Additionally, no discovery has been provided to defense counsel at the time of the filing of this Motion. It is anticipated that the discovery will be voluminous.

10. The Government does not oppose the request for continuance.

11. For the foregoing reasons, the ends of justice will be served by a granting a continuance of time for 75 days within which to commence a trial, and those ends outweigh the best interest of the public and the defendant in a speedy trial because it will allow the parties to prepare adequately for pretrial proceedings and the trial itself and will allow the parties sufficient

time to discuss a potential resolution of the case.

The Court concludes that pursuant to 18 U.S.C. §3161(h) this case is complex as contemplated by the statute, and that the ends of justice are best served by granting a continuance, and that ends of justice do here outweighed the interest of the public and the defendant in a speedy trial

Wherefore, in the interest of the defendant and the interests of the public it is this 12th day of May, 2011,

**HEREBY ORDERED** that the time by which the trial must commence against the defendant under the Speedy Trial Act, 18 U.S.C. §3161, is hereby continued to August 1, 2011.

Roger W. Titus
United States District Judge