===============================================================================

# UNITED STATES DISTRICT COURT
------------------DISTRICT OF MARYLAND------------------

**UNITED STATES OF AMERICA**        *

v.                                                   *    Crim. No.:  RWT-11-0091

**WILLIAM L. CASSIDY**                *

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as co-counsel in the case for William L. Cassidy.  I certify that I am eligible to practice in this Court.

                                      JAMES WYDA
                                      Federal Public Defender
                                       for the District of Maryland

Date: May 17, 2011                                    /s/
                                       LAUREN E. CASE
                                       Staff Attorney
                                       Federal Public Defender's Office
                                       6411 Ivy Lane, Suite 710
                                       Greenbelt, Maryland  20770-1405
                                       Telephone:  (301) 344-0600
                                       Facsimile:   (301) 344-0019
                                       E-Mail:  Lauren_Case@fd.org