BEF: USAO 2010R00903

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT 11 CR 0091 |
| | * | |
| WILLIAM LAWRENCE CASSIDY, | * | (Interstate Stalking, 18 U.S.C. § 2261A(2)(A)) |
| | * | |
| Defendant | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Between in or about January 2009 and in or about December 2010, in the District of Maryland and elsewhere, the defendant,

**WILLIAM LAWRENCE CASSIDY,**

with the intent to harass and cause substantial emotional distress to a person in another state, used an interactive computer service and a facility of interstate commerce, to engage in a course of conduct that caused substantial emotional distress to that person, to wit: the posting of messages on www.twitter.com and other Internet websites concerning a person whose initials are A. Z.

18 U.S.C. § 2261A(2)(A)

Rod J. Rosenstein
United States Attorney

SIGNATURE REDACTED

Foreperson

Date: February 23, 2011