**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * Case No.: RWT 11cr0091 |
| **WILLIAM LAWRENCE CASSIDY,** | * |
| **Defendant** | * |

## ORDER

The Court having conducted a telephone status conference on July 13, 2011, it is this 14th day of July, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Unopposed Motion for Extension of Filing Deadlines [ECF No. 18] is **GRANTED**; and it is further

**ORDERED**, that the deadline for Defendant to file any additional pretrial motions is **EXTENDED** to **July 22, 2011**; and it is further

**ORDERED**, that the Government shall file any opposition to Defendant's pretrial motions on or before **August 19, 2011**; and it is further

**ORDERED**, that Defendant shall file any reply in support of his pretrial motions on or before **September 2, 2011**; and it is further

**ORDERED**, that in order to provide time for the Court to consider and decide Defendant's Motion for Bill of Particulars [ECF No. 16] and any other pretrial motions filed, the time from **June 2, 2011**, to the motions hearing date of **September 19, 2011**, and thereafter until

decision of Defendant's pretrial motions, is hereby **EXCLUDED** from the calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161.

/s/<br>
ROGER W. TITUS<br>
UNITED STATES DISTRICT JUDGE