## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**                    :

       **V.**                    :    **CRIMINAL NO. RWT-11-0091**

**WILLIAM CASSIDY**                    :

...oooOooo...

## LINE

Madam Clerk:

      Please enter the appearance of David Salem as counsel for the government for all purposes

in the above-captioned case and strike the appearance of Bryan E. Foreman.

                      Respectfully submitted,

                      Rod J. Rosenstein
                      United States Attorney

By: _____/s/_____
                  Bryan E. Foreman
                  Assistant United States Attorney

                  United States Attorney's Office
                  6500 Cherrywood Lane, Suite 400
                  Greenbelt, Maryland 20770
                  (301) 344-4433