IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:11-cr-00091-RWT |
| v. | Judge: Hon. Roger W. Titus |
| WILLIAM LAWRENCE CASSIDY, | |
| Defendant. | |

## NOTICE OF CONSENT TO MOTION

The Electronic Frontier Foundation ("EFF"), by and through undersigned counsel, respectfully notifies the Court that counsel for the United States of America, following the filing of EFF's Motion for Leave to File Brief of Amicus Curiae (filed July 29, 2011), informed the undersigned that the United States consents to the relief sought in that motion. As noted in EFF's Motion, counsel for the Defendant has already given consent.

Dated: July 29, 2011.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Charles D. Tobin (#15919)
Drew E. Shenkman (#28886)
2099 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Phone: (202) 955-3000
Fax: (202) 955-5564
Charles.tobin@hklaw.com
Drew.shenkman@hklaw.com

*Attorneys for Amicus Curiae*
*the Electronic Frontier Foundation*

*Of Counsel:*

ELECTRONIC FRONTIER FOUNDATION
Matthew Zimmerman, Esq.
mattz@eff.org
Marcia Hofmann, Esq.
Marcia@eff.org
Hanni Fakhoury, Esq.
hanni@eff.org
454 Shotwell Street
San Francisco, CA 94110
T: (415) 436-9333
F: (415) 436-9993
www.eff.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2011, a copy of the foregoing was sent by First Class Mail, Postage Prepaid to:

| | |
|---|---|
| Ebise Bayisa, Esq. | Bryan E. Foreman, Esq. |
| Lauren Case, Esq. | David I. Salem, Esq. |
| Office of the Federal Public Defender | Office of the US Attorney |
| 6411 Ivy Lane Ste 710 | 6500 Cherrywood Ln Ste 400 |
| Greenbelt, MD 20770 | Greenbelt, MD 20770-1249 |