# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND   20770
301-344-0052

## M E M O R A N D U M

TO:     Counsel of Record

FROM:   Judge Roger W. Titus

RE:     *United States of America v. William Lawrence Cassidy*
        Criminal Case No. RWT-11-091

DATE:   August 17, 2011

\* \* \* \* \* \* \* \* \*

    To accommodate a change in the Court's calendar, the hearing on all pretrial motions previously scheduled for September 19, 2011 at 9:00 a.m. is hereby **RESCHEDULED** for **October 4, 2011 at 10:00 a.m.**

    Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

*By Alexander Williams Jr. for RWT*

Roger W. Titus
United States District Judge