**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * Case No.: RWT 11cr0091 |
| **WILLIAM LAWRENCE CASSIDY,** | * |
| **Defendant** | * |

# ORDER

Upon consideration of the Government's "Consent Motion for Filing Government Opposition Motions Responses and Defendant's Reply out of Time", and Defendant's statement regarding the same, it is this 7th day of September, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that the Government's "Consent Motion for Filing Government Opposition Motions Responses and Defendant's Reply out of Time" [ECF No. 28] is **GRANTED**; and it is further

**ORDERED**, that the deadline for the Government to file any opposition to Defendant's pretrial motions is **September 2, 2011**; and it is further

**ORDERED**, that Defendant shall file any reply in support of his pretrial motions on or before **September 19, 2011**; and it is further

**ORDERED**, that in order to provide time for the Court to consider and decide Defendant's pretrial motions, the time from **September 19, 2011**,[1] to the motions hearing date of **October 4, 2011**, and thereafter until a decision on Defendant's pretrial motions, is hereby **EXCLUDED** from the calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161.

/s/
Deborah K. Chasanow for Roger W. Titus
United States District Judge

---

[1] By Orders dated May 12, 2011 and July 14, 2011, the Court excluded the time from May 12, 2011, through September 19, 2011 from the calculation of time limits under the Speedy Trial Act. *See* ECF Nos. 13, 19.