Respectfully Submitted,
    NATIONAL CENTER FOR VICTIMS OF CRIME
    MARYLAND CRIME VICTIMS' RESOURCE CENTER, INC.

By counsel


___/s/_____
Stephanie Morris
2000 M Street, NW
Suite 480
Washington, DC 20036
Phone:(202) 467-8700
Facsimile: (202) 467-8701


___/s/_____
Russell P. Butler


___/s/_____
Bridgette Harwood
Maryland Crime Victims' Resource Center
1001 Prince George's Blvd., Ste 750
Upper Marlboro, MD 20774
Phone: (301) 952-0063
Facsimile: (240) 929-0526

**Certificate of Service**