Respectfully Submitted,

NATIONAL CENTER FOR VICTIMS OF CRIME

MARYLAND CRIME VICTIMS' RESOURCE CENTER, INC.

By counsel,


\_\_\_/s/_____

Stephanie Morris

2000 M Street, NW

Suite 480

Washington, DC 20036

Phone:(202) 467-8700

Facsimile: (202) 467-8701


\_\_\_/s/_____

Russell P. Butler


\_\_\_/s/_____

Bridgette Harwood

Maryland Crime Victims' Resource Center

1001 Prince George's Blvd., Ste 750

Upper Marlboro, MD 20774

Phone: (301) 952-0063

Facsimile: (240) 929-0526