IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.: RWT 11cr091 |
| **WILLIAM LAWRENCE CASSIDY,** | * | |

## ORDER

The Court having conducted a hearing on Defendant's pretrial motions October 4, 2011, it is this 13th day of October, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that Electronic Frontier Foundation's motion for leave to file an amicus brief [ECF No. 24] and the Maryland Crime Victims Resource Center, Inc. motion for leave to file an amicus brief [ECF No. 34] are hereby **GRANTED**; and it is further

**ORDERED**, that in order to provide time for the Court to consider and decide Defendant's pretrial motions, the time from **September 19, 2011 – October 4, 2011**, and thereafter until a decision on the pretrial motions, is hereby **EXCLUDED** from the calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161; and it is further

**ORDERED**, that a three-week trial is **SCHEDULED** to begin on **June 5, 2012**; and it is further

**ORDERED**, that due to the unusual and complex nature of this case, the nature of its prosecution, the existence of novel questions of fact and law, and the Court having found that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, 18 U.S.C. § 3161, and that the ends of

justice outweigh the best interest of the public and the defendant in a speedy trial, the time from **October 4, 2011 through June 5, 2012**, is hereby **EXCLUDED** from the calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161.[1]

/s/
Roger W. Titus
United States District Judge

---

[1] By order dated May 13, 2011, the Court previously granted a 75 day continuance from the date on which the trial should commence under the Speedy Trial Act, 18 U.S.C. § 3161. *See* ECF No. 14. By order dated July 15, 2011, the Court previously excluded the time from June 2, 2011, through September 19, 2011, from calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161. *See* ECF No. 19.