IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Criminal Case No. RWT 11-091 |
| WILLIAM LAWRENCE CASSIDY | * |
| Defendant | * |

**O R D E R**

Upon consideration of the Defendant's pretrial motions, the argument of counsel, and for the reasons set forth in the accompanying Memorandum Opinion, it is, this 15th day of December, 2011, by the United States District Court for the District of Maryland,

ORDERED, that the Defendant's Motion to Dismiss the Indictment (ECF No. 20) is **GRANTED**, and the Indictment is **DISMISSED**; and it is further

ORDERED, that the Defendant's Motion Requesting a Hearing Pursuant to *Franks v. Delaware* and to Suppress Tangible and Derivative Evidence and his Motion to Suppress (ECF Nos. 21 and 22) is **DENIED AS MOOT**; and it is further

ORDERED, that the Defendant's Motion for a Bill of Particulars (ECF No. 16) is **DENIED AS MOOT**; and it is further

ORDERED, that the Defendant is to be **RELEASED** from custody provided, however, that this directive is **STAYED** by the Court on its own motion until December 21, 2011, so as to permit the United States to seek a stay from the United States Court of Appeals for the Fourth Circuit, and if no such stay is issued by December 22, 2011 the Defendant is to be released immediately.

                                                  /s/
                                        Roger W. Titus
                                        United States District Judge