**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. RWT-11-091** |
| **WILLIAM CASSIDY,** | : | |
| **Defendant** | : | |

## NOTICE OF APPEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney

for the District of Maryland, and David I. Salem, Assistant United States Attorney for the said

District, respectively, hereby appeals to the United States Court of Appeals for the Fourth Circuit

(from a final Order of the district court) entered in this matter on the 15th day of December 2011,

dismissing the indictment.

<div style="margin-left:50%">

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

</div>

January 17, 2012                    _____/s/_____
David I. Salem
Assistant United States Attorney
400 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770
(301) 344-4433

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 17th day January 2012, a copy of the Government's Notice of

Appeal was sent ECF to counsel of record: Ebise Bayisa, Esq. and Lauren Case, Esq., Office of

the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770.


_____

David I. Salem