FILED: January 25, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4048

(8:11-cr-00091-RWT-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

WILLIAM LAWRENCE CASSIDY

  Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Court Case Number | 8:11-cr-00091-RWT-1 |
| Date notice of appeal filed in originating court | 01/17/2012 |
| Appellant(s) | United States of America |
| Appellate Case Number | 12-4048 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |