FILED: January 25, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4048
(8:11-cr-00091-RWT-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

WILLIAM LAWRENCE CASSIDY

      Defendant - Appellee

_____

O R D E R

_____

The court appoints the Federal Defender for the District of Maryland to represent appellee on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk