FILED: April 11, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4048
(8:11-cr-00091-RWT-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

WILLIAM LAWRENCE CASSIDY

      Defendant - Appellee

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*